1  BILL LOCKYER
   Attorney General of the State of California
2  MIGUEL NERI
   FIEL TIGNO
3  Supervising Deputy Attorneys General
   CHRISTOPHER C. LAMERDIN (State Bar No. 162033)
4  Deputy Attorney General
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, California 94612-0550
6    Telephone: (510) 622-2198
     Facsimile: (510) 622-2121
7    Email: Christopher.Lamerdin@doj.ca.gov

8  Attorneys for Defendants
   The Board of Trustees of the California State University,
9  which is the State of California acting in its higher
   educational capacity (erroneously sued as "State of
10 California), Jan Davis, and Michael Leung

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ADRIAN ESCOTO, | CASE NO. C06-02186 CRB |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, WHICH IS THE STATE OF CALIFORNIA ACTING IN ITS HIGHER EDUCATIONAL CAPACITY (ERRONEOUSLY SUED AS "STATE OF CALIFORNIA"), JAN DAVIS, AND MICHAEL LEUNG, Does 1 through 100, inclusive, | |
| Defendants. | |

   IT IS HEREBY STIPULATED and between plaintiff, who is representing himself in pro per, and counsel for defendants that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

   Dated: Sept 13, 2006

   _____
   ADRIAN ESCOTO
   Plaintiff in Pro Per

1 | Dated: 9/18/06 , 2006     Respectfully submitted,
2 |                                             BILL LOCKYER
  |                                             Attorney General of the State of California
3 |                                             MIGUEL NERI
  |                                             FIEL TIGNO
4 |                                             Supervising Deputy Attorneys General
5 |
6 |                                             CHRISTOPHER C. LAMERDIN
  |                                             Deputy Attorney General
7 |
  |                                             Attorneys for Defendants
8 |                                             The Board of Trustees of the California State University,
  |                                             which is the State of California acting in its higher
9 |                                             educational capacity (erroneously sued as "State of
  |                                             California), Jan Davis, and Michael Leung
10 |

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

September 20, 2006

# PROOF OF SERVICE

**CASE:** *Adrian Escoto v. State of California, Greg Pogue, Charlene LeBatchi, and Michael Leung*

**CASE NO:** United States District Court-Northern Division Case No.: 06-02186 CRB

I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within entitled cause; my business address is 1515 Clay Street, 20th Floor, P. O. Box 70550, Oakland, California 94612-0550. On **September 18, 2006**, I served the following document(s):

## STIPULATION AND DISMISSAL

on the parties through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

(A) **By First Class Mail:** I caused each such envelope to be placed in the internal mail collection system at the Office of the Attorney General with first-class postage thereon fully prepaid in a sealed envelope, for deposit in the United States Postal Service that same day in the ordinary course of business.

(B) **By Messenger Service:** I caused each such envelope to be delivered by a courier employed by Professional Messenger, with whom we have a direct billing account, who personally delivered each such envelope to the office of the address on the date last written below.

(C) **By Overnite Mail:** I caused each such envelope to be placed in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for.

(D) **By Facsimile:** I caused such document to be served via facsimile electronic equipment transmission (fax) on the parties in this action by transmitting a true copy to the following fax numbers listed under each addressee below.

| TYPE OF SERVICE | ADDRESSEE |
|---|---|
| A | Adrian Escoto<br>632 Hancock Street<br>Hayward, California 94542<br>Telephone: (510) 886-9347<br>*Petitioner Adrian Escoto* |

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on **September 18, 2006**, at Oakland, California.

CHRISTINE SOO